IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02590-WYD-KLM

SAUNDRA TAYLOR, on behalf of herself and all others similarly situated,

     Plaintiff,

v.

BUDGET CONTROL SERVICES, INC., doing business as BCS, Inc.,

     Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to Appear Telephonically at January 27, 2014 Scheduling/Planning Conference** [#17] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#17] is **GRANTED**.  Accordingly,

     IT IS FURTHER **ORDERED** that Plaintiff's counsel may appear by telephone at the Scheduling Conference on January 27, 2014 at 10:30 a.m. by dialing the Court at **303-335-2770**.  If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Plaintiff's counsel before dialing the Court.

     Dated:  January 15, 2014