IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    13-cv-02590-WYD-KLM

SAUNDRA TAYLOR, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

BUDGET CONTROL SERVICES, INC. d/b/a BCS, INC.,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal With Prejudice (ECF No. 29).   After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice.   Accordingly, it is

ORDERED that Stipulation of Dismissal With Prejudice (ECF No. 29) is **APPROVED.**   This case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney fees and costs.

Dated:   August 12, 2014

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              UNITED STATES SENIOR DISTRICT JUDGE